JS-6

NEWMEYER & DILLION LLP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA –WESTERN DIVISION

| HUSQVARNA CONSTRUCTION PRODUCTS NORTH AMERICA, INC., | CASE NO.: 2:11-cv-04664-ODW(DTBx) |
|---|---|
| | JUDGE:  Hon. Otis D. Wright |
| | CTRM:  **11** |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| BRENDA NABARRETE, | FILE DATE: 06/01/2011 |
| | TRIAL DATE SET:  No Date Set |
| Defendant. | |

On September 12, 2011, the Court granted Plaintiff Husqvarna Construction Products North America, Inc.'s ("Husqvarna") Motion for Default Judgment in its Civil Minutes (ECF No. 35). Consistent with that Minute Order the Court now enters judgment as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**THE COURT HEREBY ORDERS:**

1. That as to liability and for actual damages, the Court awards Plaintiff Husqvarna $385,598.56 against Defendant Brenda Nabarrete. Husqvarna is also awarded prejudgment interest.

2. Husqvarna is the prevailing party.

3. The Clerk of Court shall close this case.

**IT IS SO ORDERED:**

Dated: January 15, 2013

_____
Hon. Otis D. Wright